UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-CR-00286-HEA (PLC) |
| EARL BANKS, | ) ) ) |
| Defendant. | ) ) |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S APPEAL OF MAGISTRATE JUDGE'S ORDER (DOC. #175)**

COMES NOW the United States of America (the "Government"), by and through Thomas C. Albus, United States Attorney, and Angie E. Danis, Assistant United States Attorney for the Eastern District of Missouri, and files this Response in Opposition to Defendant's Appeal of the Magistrate Judge's Detention Order (Doc. #175).

**A. Background**

Defendant Banks is charged with conspiracy to distribute over five (5) kilograms of cocaine, carrying a mandatory minimum sentence of 10 years in prison and a maximum sentence of life. Because the defendant also has prior convictions for controlled substance offenses, he is also subject to increased penalties, with a mandatory minimum sentence of up to 20 years, under 18 U.S.C. § 851.

Based on his (quote things from detention hearing), in addition to the remaining factors under the Bail Reform Act, he was ordered detained pending trial. *See* Doc. 86, pp. 3. This Court should affirm the Detention Order because the record demonstrates a serious risk that defendant Banks will flee and that he represents a significant danger to the community.

**B. Legal Standard**

This Court "review[s] the magistrate judge's order *de novo*." *United States v. Cook*, 87 F.4th 920, 924–25 (8th Cir. 2023) (citing *United States v. Maull*, 773 F.2d 1479, 1484 (8th Cir. 1985)). As the Eighth Circuit has made clear, this Court's review "does not require the district court to start over in every case, and proceed as if the magistrate's decision and findings do not exist." *Id.* (cleaned up). In short, if this Court "agrees fully with the magistrate's order and reasons, it may adopt the order." *Id.* (citing *United States v. Femia*, 983 F.2d 1046, 1993 WL 5893, at *4 (1st Cir. 1993)).

Under the Bail Reform Act, this Court must affirm the Detention Order if the Magistrate Judge correctly made the following two findings: (1) that there is serious risk that Defendant Banks will flee or attempt to threaten, injure, or intimidate a prospective witness, and (2) no conditions of release will reasonably assure Defendant Banks's appearance or the safety of the community. *See* 18 U.S.C. § 3142(f)(2). Because the Magistrate Judge correctly made both findings, this Court should affirm the Detention Order.

C. **Analysis and Argument**

In the instant case, the Magistrate Judge in the Eastern District of Michigan gave adequate and thoughtful considerations to the arguments made by defendant Banks, which counsel now repeats in the instant Motion to Revoke. This Court has no new or additional information before it than Judge Altman had in deciding that defendant Banks posed both a serious risk of nonappearance and a danger to the community.

Judge Altman explained that Banks' record made clear that no conditions she imposed could guarantee his appearance in Court when, despite significant ties to the Eastern District of Michigan, he had no ties to the charging district and he had five (5) outstanding warrants for failure to appear. Though counsel attempts to point out that those are for minor offenses, Judge Altman

2

correctly pointed out that if Banks cannot be trusted to appear on minor matters, no conditions exist which can ensure he will appear in court when the stakes are higher and he is subject to higher penalties.

Though counsel attempts to point out that electronic monitoring would be a reasonable alternative to pretrial detention, Judge Altman also thoughtfully considered this argument during Banks' detention hearing and rightly stated that house arrest will not prevent him from trafficking in narcotics, which he has been arrested for multiple times while on other Court-ordered supervision.

WHEREFORE, the Government respectfully requests that this Court affirm the Detention Order entered in the Eastern District of Michigan, and order the above-captioned defendant detained pending trial for the reasons set forth herein.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
Saint Louis, Missouri 63102
(314) 539-2200
Angie.Danis@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that the above filing was electronically served on all parties of record via the Court's CM/ECF filing system on this 4th day of September, 2025.

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney

3